IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULLAH ALSHEIKH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JACOB LEW, ET AL.,<br><br>　　　　Defendant. | Case No. 3:15-cv-3601-JST<br><br>**ORDER ALLOWING EXTENSION OF TIME TO FILE RESPONSES** |

Having considered the parties' Stipulated Request to extend the time to file Plaintiff's response to Defendants' Motion to Dismiss and Defendants' reply, and finding that good cause exists, it is hereby

**ORDERED** that Plaintiff's response to the Motion to Dismiss is due no later than November 24, 2015 and Defendants' reply is due no later than December 7, 2015.

Dated this 13th day of November, 2015.



APPROVED
Judge Jon S. Tigar