UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULLAH SALEH ALSHEIKH,<br><br>  Plaintiff,<br><br>  v.<br><br>JACOB LEW, et al.,<br><br>  Defendants. | Case No.  15-cv-03601-JST<br><br>**ORDER GRANTING REQUEST FOR CHANGE OF HEARING DATE**<br><br>Re: ECF No. 24 |

Pursuant to the parties' Stipulated Request for Change of Date of Hearing, ECF No. 24, and finding that good cause exists, the Court hereby grants the parties' request to continue the date of the hearing on Defendants' Motion to Dismiss, which is currently scheduled for January 14, 2016.  The hearing on that motion will be continued to March 10, 2016 at 2:00 p.m.  The Case Management Conference, currently scheduled for February 17, 2016, is also continued until March 10, 2016 at 2:00 p.m.  A joint Case Management Statement is due by March 3, 2016.

IT IS SO ORDERED.

Dated: November 16, 2015

_____
JON S. TIGAR
United States District Judge