UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABDULLAH SALEH ALSHEIKH,

    Plaintiff,

v.

JACOB LEW, et al.,

    Defendants.

Case No. 15-cv-03601-JST

**ORDER VACATING HEARING**

Re: ECF No. 21

Before the Court is Defendants' Motion to Dismiss. ECF No. 21. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for March 10, 2016, is hereby vacated.

IT IS SO ORDERED.

Dated: February 24, 2016

_____
JON S. TIGAR
United States District Judge